No. 83–1128.  SEAY, AKA DERRINGER *v.* UNITED STATES. C. A. 4th Cir.  Certiorari denied.

No. 83–1273.  LEWIS SERVICE CENTER, INC. *v.* MACK TRUCKS, INC.  C. A. 8th Cir.  Certiorari denied.

No. 83–1374.  CODY *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 83–1406.  VANCE *v.* WHIRLPOOL CORP.  C. A. 4th Cir. Certiorari denied.

No. 83–1413.  LEMIRE ET AL. *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 83–1438.  SELMAN, EXECUTRIX OF THE ESTATE OF SELMAN, ET AL. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 83–1501.  FAUST, ADMINISTRATRIX OF THE ESTATE OF FAUST, ET AL. *v.* SOUTH CAROLINA STATE HIGHWAY DEPARTMENT ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 83–1572.  FLANNERY *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 83–1581.  WARD *v.* SENTRY TITLE CO., INC.  C. A. 5th Cir.  Certiorari denied.

No. 83–1640.  TEMPLETON ET UX. *v.* ARSENAL SAVINGS ASSN. ET AL.  Ct. App. Ind.  Certiorari denied.

No. 83–1653.  SCRIPPS-HOWARD BROADCASTING CO. *v.* EMBERS SUPPER CLUB, INC.  Sup. Ct. Ohio.  Certiorari denied.

No. 83–1661.  BROOKLYN PSYCHOSOCIAL REHABILITATION INSTITUTE, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 2d Cir.  Certiorari denied.